## 43599. ROGERS, by Next Friend v. GEORGIA POWER COMPANY.

BELL, Presiding Judge. While climbing a tree located on a public right of way, plaintiff, a 16-year-old boy, came in contact with defendant's high-voltage electric transmission line which ran through the tree. In this suit to recover for the injuries thus sustained the trial court granted summary judgment for defendant. The cases of *Bridges v. Ga. Power Co.,* 39 Ga. App. 400 (147 SE 589) and *Smith v. Ga. Power Co.,* 43 Ga.

App. 210 (158 SE 371), control the case adversely to plaintiff. See also: *Brown v. Panola Light &c. Co.,* 137 Ga. 352 (73 SE 580); *Mobley v. City of Monroe,* 37 Ga. App. 364 (140 SE 516); *Calloway v. Central Ga. Power Co.,* 43 Ga. App. 820 (160 SE 703); *Crosby v. Savannah Electric &c. Co.,* 114 Ga. App. 193 (150 SE2d 563). The summary judgment for defendant is therefore

*Affirmed. Quillian, J., concurs. Hall, J., concurs in the judgment.*

SUBMITTED MAY 7, 1968—DECIDED OCTOBER 17, 1968.

*J. S. Hutto,* for appellant.

*Conyers, Fendig, Dickey & Harris, Chris B. Conyers, Jones, Cork, Miller & Benton, Wallace Miller, Jr.,* for appellee.